UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY
COMPANY,
        Plaintiffs,

v.                                      Case No: 6:18-cv-223-Orl-28LRH

FAMILY PRACTICE AND REHAB, INC.
and GILSON MORTIMER,
        Defendants.

## ORDER

This case is before the Court on the Motion for Entry of Final Judgment Against Mortimer, Renewed Motion for Entry of Final Judgment as to Family Practice (Doc. 62) filed by Plaintiffs. The assigned United States Magistrate Judge has submitted a Report (Doc. 67) recommending that the motion be granted; that judgment be entered in favor of Plaintiffs and against Defendants, jointly and severally, in the sum of $410,679.64 plus interest; that Plaintiffs not be obligated to pay an outstanding balance of $7,128.85 billed to Plaintiffs; and that Plaintiffs be awarded costs of $4,848.90. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 67) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Entry of Final Judgment Against Mortimer, Renewed Motion for Entry of Final Judgment as to Family Practice (Doc. 62) is **GRANTED**.

3. Plaintiffs are entitled to final default judgment against Defendant Family Practice and Rehab, Inc. on all counts of the Amended Complaint (Doc. 66-1), and Plaintiffs are entitled to final judgment against Defendant Gilson Mortimer on Count II of the Amended Complaint (Doc. 66-1).

4. Plaintiffs are not obligated to pay $7,128.85 to Family Practice for services regarding Plaintiff's insureds that remain outstanding and unpaid.

5. Plaintiffs are awarded total taxable costs in the amount of $4,848.90, to be paid by Defendants, jointly and severally. This amount is included in the total judgment amount described in paragraph 6 below and its accompanying footnote.

6. The Clerk is directed to enter a judgment providing that Plaintiffs shall recover from the Defendants, Family Practice and Rehab, Inc. and Gilson Mortimer, jointly and severally, the sum of $506,066.84,[1] which sum shall accrue post-judgment interest as provided in 28 U.S.C. § 1961 and for all of which let execution issue.

7. All pending motions are **DENIED** as moot.

8. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 16, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record

---

[1] This sum consists of $410,679.64 plus prejudgment interest of $90,538.30 plus costs of $4,848.90. The Court has calculated prejudgment interest as follows:
Interest on $403,465.48 from August 26, 2015, through April 16, 2020, at 4.75% per annum ($19,164.61 per annum or $52.51/day) = $88,945.78.
Interest on $7,214.16 from August 24, 2015, through April 16, 2020, at 4.75% per annum ($342.67 per annum or $ .94/day) = $1,592.52.
Total prejudgment interest = $88,945.78 + $1,592.52 = $90,538.30